



## MEMORANDUM OPINION

No. 04-12-00222-CV

**IN THE INTEREST OF N.M.I.** and S.E.I., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-08071
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  May 23, 2012

DISMISSED FOR WANT OF PROSECUTION

On February 13, 2012, appellant Mary Frances DiNapoli filed a notice of appeal from the trial court's judgment signed February 9, 2012.  The clerk's record was due April 9, 2012, sixty days after the judgment was signed.  TEX. R. APP. P. 35.1.  On April 17, 2012, the District Clerk of Bexar County, filed a notification stating the clerk's record would not be filed because appellant had not paid or made arrangements to pay the clerk's fee to prepare the record and is not entitled to appeal without paying the fee.  On April 18, 2012, we ordered appellant to provide written proof to this court on or before April 30, 2012, that either (1) the clerk's fee has been paid or arrangements had been made to pay the clerk's fee; or (2) she is entitled to appeal without paying the clerk's fee.  We cautioned appellant that if she failed to respond within the

time provided, her appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellant has not filed a response.

We therefore **order** this appeal dismissed for want of prosecution. We further **order** that appellee, F.H.I., recover his costs in this appeal from appellant Mary Frances DiNapoli.

PER CURIAM